
Insurance Group

# Tishman Construction Corporation of New York
New York, NY 10103-0256

## Binder
9/9/2005 - 3/9/2007

*Submitted to*

**Robert Blanda**
**Marsh USA, Inc.**
1166 Avenue of the Americas
New York, NY 10036-2774

*Submitted by*

**Anthony Dietz**
**Arch Construction Insurance Group**
245 Park Avenue, 32nd Fl
New York, NY 10017

9/16/2005

# Financial Summary
## Tishman Construction Corporation of New York ; (9/9/05 - 3/9/07)

**LOSS SENSITIVE**

### Premium & Rates

| | Fixed Cost Premium | Exposure | Expos Type | Fixed Cost Rate | Per |
|---|---|---|---|---|---|
| Deductible Work Comp | 1,350,000 | 25,356,649 | WC Payroll | 5.3241 | Per 100 |
| Deductible General Liability | 750,000 | 25,356,649 | WC Payroll | 2.9578 | Per 100 |
| TOTAL | 2,100,000 | | | | |

### Retained Loss Amounts

| | Rate | Amount |
|---|---|---|
| Deductible Work Comp - per occurrence retained loss amount including allocated expense | | 250,000 |
| General Liability - per occurrence retained loss amount including allocated expense | | 500,000 |
| Maximum loss & ALAE amount (Per 100 of WC Payroll, based on 25,356,649 estimated) Applies to: Work Comp, General Liability | 11.4368 | 2,900,000 |

*Program will be audited based on:*   Rate per indicated exposure base

| | | |
|---|---|---|
| Letter of Credit | | 1,800,000 |
| Initial Cash Escrow | | 200,000 |
| Loss Conversion Factor: | WC | 1.080 |
| | GL | 1.080 |
| Loss Based Assessments: | | |
| LBA Load on New York WC Retained Indemnity Loss | | 42.8% |

**OTHER PROGRAM DETAILS**

### Payment Plan:

| Due Date | Fixed Cost Premium | | | Surcharges*, TRIA Premium & Expense Constant | Total |
|---|---|---|---|---|---|
| 09/09/05 | 350,000 | | | 61,573 | 811,573 |
| 12/09/05 | 350,000 | | | 52,640 | 802,640 |
| 03/09/06 | 350,000 | | | 52,640 | 702,640 |
| 06/09/06 | 350,000 | | | 52,640 | 702,640 |
| 09/09/06 | 350,000 | | | 52,640 | 702,640 |
| 12/09/06 | 350,000 | | | 52,640 | 702,640 |
| 03/09/07 | 0 | | | 0 | 0 |
| 06/09/07 | 0 | | | 0 | 0 |
| 09/09/07 | 0 | 0 | 0 | 0 | 0 |
| 12/09/07 | 0 | 0 | 0 | 0 | 0 |
| 03/09/08 | 0 | 0 | 0 | 0 | 0 |
| 06/09/08 | 0 | 0 | 0 | 0 | 0 |
| Total | 2,100,000 | 200,000 | 1,800,000 | 324,773 | 4,424,773 |

* These surcharges are estimated and may change at policy issuance.

### Commissions (included in fixed costs above):

Commission Adjusted Based on:

| | $ | % | of |
|---|---|---|---|
| Work Comp | 0 | 0.0% | % of Fixed Cost Premium |
| General Liability | 0 | 0.0% | % of Fixed Cost Premium |
| Total | 0 | | |

### Comments

See Sample Loss Sensitive Program Agreement attached for more details about how the plan will operate. The actual LSPA will be sent after the binder. The signed LSPA is due 30 days after receipt.

GL Policy Limits: 2/4/4 Million

The above premium deposit estimate is subject to an 85% minimum. Cash Escrow Deposit for Paid Loss Plan: $100,000 at Inception, plus $100,000 at second installment. Gallagher Bassett will bill these Cash Escrow items directly to Insured.

DTEC Premium: $0. TRIA Premium: Work Comp $8,751, General Liab. $22,500.

PAYMENT TERMS: Premium, Surcharges and Collateral are due in 6 Equal Quarterly Installments; LOC structured as an Automatic Stair Step. LBA is estimated and passed-through as referenced above on Limited Loss within Aggregate.

## Payment Plan

| LOB: | WC | | | | |
|---|---|---|---|---|---|
| Due Date | Fixed Cost Premium | Cash Collateral | Clm Serv Fees | Surcharges *, TRIA Premium & Expense Constant | Total |
| Code as: | Premium | | Other Income | | |
| 09/09/05 | 225,000 | 0 | 0 | 57,823 | 282,823 |
| 12/09/05 | 225,000 | 0 | 0 | 48,890 | 273,890 |
| 03/09/06 | 225,000 | 0 | 0 | 48,890 | 273,890 |
| 06/09/06 | 225,000 | 0 | 0 | 48,890 | 273,890 |
| 09/09/06 | 225,000 | 0 | 0 | 48,890 | 273,890 |
| 12/09/06 | 225,000 | 0 | 0 | 48,890 | 273,890 |
| 03/09/07 | 0 | 0 | 0 | 0 | 0 |
| 06/09/07 | 0 | 0 | 0 | 0 | 0 |
| 09/09/07 | 0 | 0 | 0 | 0 | 0 |
| 12/09/07 | 0 | 0 | 0 | 0 | 0 |
| 03/09/08 | 0 | 0 | 0 | 0 | 0 |
| 06/09/08 | 0 | 0 | 0 | 0 | 0 |
| Total | 1,350,000 | 0 | 0 | 302,273 | 1,652,273 |

| LOB: | GL | | | | |
|---|---|---|---|---|---|
| Due Date | Fixed Cost Premium | Cash Collateral | Clm Serv Fees | Surcharges *, Assessments & TRIA Premium | Total |
| Code as: | Premium | | Other Income | | |
| 09/09/05 | 125,000 | 0 | 0 | 3,750 | 128,750 |
| 12/09/05 | 125,000 | 0 | 0 | 3,750 | 128,750 |
| 03/09/06 | 125,000 | 0 | 0 | 3,750 | 128,750 |
| 06/09/06 | 125,000 | 0 | 0 | 3,750 | 128,750 |
| 09/09/06 | 125,000 | 0 | 0 | 3,750 | 128,750 |
| 12/09/06 | 125,000 | 0 | 0 | 3,750 | 128,750 |
| 03/09/07 | 0 | 0 | 0 | 0 | 0 |
| 06/09/07 | 0 | 0 | 0 | 0 | 0 |
| 09/09/07 | 0 | 0 | 0 | 0 | 0 |
| 12/09/07 | 0 | 0 | 0 | 0 | 0 |
| 03/09/08 | 0 | 0 | 0 | 0 | 0 |
| 06/09/08 | 0 | 0 | 0 | 0 | 0 |
| Total | 750,000 | 0 | 0 | 22,500 | 772,500 |

| LOB: | Total | | | | |
|---|---|---|---|---|---|
| Due Date | Fixed Cost Premium | Cash Collateral | Clm Serv Fees | Surcharges * & TRIA Premium | Total |
| Code as: | Premium | | Other Income | | |
| 09/09/05 | 350,000 | 300,000 | 100,000 | 61,573 | 811,573 |
| 12/09/05 | 350,000 | 300,000 | 100,000 | 52,640 | 802,640 |
| 03/09/06 | 350,000 | 300,000 | 0 | 52,640 | 702,640 |
| 06/09/06 | 350,000 | 300,000 | 0 | 52,640 | 702,640 |
| 09/09/06 | 350,000 | 300,000 | 0 | 52,640 | 702,640 |
| 12/09/06 | 350,000 | 300,000 | 0 | 52,640 | 702,640 |
| 03/09/07 | 0 | 0 | 0 | 0 | 0 |
| 06/09/07 | 0 | 0 | 0 | 0 | 0 |
| 09/09/07 | 0 | 0 | 0 | 0 | 0 |
| 12/09/07 | 0 | 0 | 0 | 0 | 0 |
| 03/09/08 | 0 | 0 | 0 | 0 | 0 |
| 06/09/08 | 0 | 0 | 0 | 0 | 0 |
| Total | 2,100,000 | 1,800,000 | 200,000 | 324,773 | 4,424,773 |

## Workers' Compensation and Employer's Liability Coverage

**Issuing Company:** Arch Insurance Co.
**Policy Number:** 11WCI2036700 Master:  11WCI2036800 - 2056700 Subcontractors
**Effective Date:** 9/9/2005
**Insured Name:** Tishman Construction Corporation of New York

| ITEM NUMBER | INFORMATION PAGE and LOCATION SCHEDULE | COMMENTS |
|---|---|---|
| 3. A. | WORKERS' COMPENSATION - STATES OF INSURANCE | NY |
| 3. B. | EMPLOYER'S LIABILITY - LIMITS OF INSURANCE | |
| | Bodily Injury by Accident - Each Accident | $1,000,000 |
| | Bodily Injury by Disease - Policy Limit | $1,000,000 |
| | Bodily Injury by Disease - Each Employee | $1,000,000 |
| 3. C. | OTHER STATES INSURANCE | All, except Monopolistic States |
| LOCATION SCHEDULE | PLEASE PROVIDE FOLLOWING: | |
| | Listing of Employer: Tishman Construction Corporation of New York, and Various Enrolled Subcontractors | |
| | Listing of Project Site: Empire City Casino at Yonkers Raceway | |
| | Total Number of Employees: 500 employees at peak construction | |
| DEDUCTIBLE(S) | BODILY INJURY BY ACCIDENT - EACH ACCIDENT (Including ALAE) | $250,000 |
| | BODILY INJURY BY DISEASE - EACH CLAIM (Including ALAE) | $250,000 |

| FORM NUMBER | GCIP / Master WC policy Terms Only - Subcontractor Policies may differ slightly as issued |
|---|---|
| | **GENERAL FORMS** |
| Arch Special | ARCH COVER PAGE |
| INSTALL-FORM | INSTALLMENT SCHEDULE |
| LOCATION2 | SCHEDULE OF NAMES AND LOCATIONS |
| WC 00 00 01 A | WORKERS' COMPENSATION INFORMATION PAGE |
| WC 00 00 01 A | WORKERS' COMPENSATION AND EMPLOYER'S LIABILITY POLICY |
| WC 89 04 15 | WORKERS' COMPENSATION CLASSIFICATION SCHEDULE |
| WC 89 06 01 | SCHEDULE OF NAMED INSURED(S) |
| 00 WC 004 00 11 03 | EARLIER NOTICE OF CANCELLATION PROVIDED BY US ENDORSEMENT (90 Days; 10 Days Nonpayment; 30 Days Noncompliance) |
| Various | STATE MANDATED FORMS - ( New York - As Required ) |
| | **DEDUCTIBLE ENDORSEMENT (Or State Specific Version)** |
| 00 WC 0001 00 12 02 | WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY DEDUCTIBLE ENDORSEMENT |
| | **COVERAGE MODIFICATIONS** |
| WC 00 01 06A | LONGSHORE AND HARBOR WORKERS COMPENSATION ACT COVERAGE ENDORSEMENT (If any) |
| WC 00 03 01A | ALTERNATE EMPLOYER ENDORSEMENT ( "Any person or organization where required by written contract." Contract or Project: "Tishman Construction Corporation of New York - Empire City Casino at Yonkers Raceway Project, under Tishman Project Number C-0199." ) |
| WC 00 03 02 | DESIGNATED WORKPLACES EXCLUSION ENDORSEMENT ( Operations Excluded: "All operations, except operations by enrolled participants at the Empire City Casino at Yonkers Raceway Project, Tishman Project Number C0199, located at 810 Central Avenue, Yonkers, NY 10704; and as further defined by the Site Plan Map on file with the Company." ) |
| WC 00 03 11A | VOLUNTARY COMPENSATION AND EMPLOYERS LIABILITY COVERAGE ENDORSEMENT ( Designated WC Law: "State of Hire." ) |
| WC 00 313 | WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT ( "Any person or organization for whom the Named Insured has agreed by written contract to furnish this waiver." ) |
| WC 00 04 14 | NOTICE OF CHANGE IN OWNERSHIP ENDORSEMENT |
| WC 00 04 19 | PREMIUM DUE DATE ENDORSEMENT |
| WC 00 04 20 | TERRORISM RISK INSURANCE ACT ENDORSEMENT |

| | **MANUSCRIPT ENDORSEMENTS (MASTER POLICY ONLY)** |
|---|---|
| Arch Manuscript | ASSIGNMENT CONSENT ENDORSEMENT ( Per Arch Language ) |
| Arch Manuscript | ADDITIONAL DEFINITIONS ENDORSEMENT ( As Needed and as mutually agreeable: Applicable to Off-site locations for staging, project management, or other incidental operations require prior approval by carrier. ) |
| Arch Manuscript | KNOWLEDGE OF OCCURRENCE ENDORSEMENT ( Name: "Robert Joyce, Tishman Risk Manager or Tishman Project Executive." ) |
| Arch Manuscript | NAMED INSURED ENDORSEMENT ( Individual Enrolled Contractor Policies - Per each Separately Insured Entity ) |
| Arch Manuscript | UNINTENTIONAL ERRORS AND OMISSIONS ENDORSEMENT (Per Arch language) |

# Commercial General Liability Coverage

**Issuing Company:** Arch Insurance Co.
**Policy Number:** 11GPP2056800
**Effective Date:** 9/9/2005
**Insured Name:** Tishman Construction Corporation of New York

| ITEM NUMBER | DECLARATIONS PAGE and LIMITS OF INSURANCE | COMMENTS |
|---|---|---|
| COVERAGE A | BODILY INJURY AND PROPERTY DAMAGE LIABILITY | |
| | Any One Occurrence subject to the Products / Completed Operations Aggregate and General Aggregate Limits of Liability | $2,000,000 |
| | DAMAGE TO PREMISES RENTED TO YOU | |
| | Any One Premises subject to the Coverage A Occurrence and the General Aggregate Limits of Liability | $1,000,000 |
| COVERAGE B | PERSONAL AND ADVERTISING INJURY LIABILITY | |
| | Any One Person or Organization subject to the General Aggregate Limits of Liability | $2,000,000 |
| COVERAGE C | MEDICAL PAYMENTS | |
| | Any One Person subject to the Coverage A Occurrence and the General Aggregate Limits of Liability | $10,000 |
| COVERAGE | AGGREGATE LIMITS OF LIABILITY | |
| | Products / Completed Operations Aggregate | $4,000,000 |
| | General Aggregate (other than Products / Completed Operations) | $4,000,000 |
| DEDUCTIBLE(S) | OTHER THAN PRODUCTS AND COMPLETED OPERATIONS - Per Occurrence | $500,000 |
| | PRODUCTS AND COMPLETED OPERATIONS - Per Occurrence | $500,000 |

| FORM NUMBER | FORM TITLE (Note: State Specific Forms may over-ride the General Forms listed below) |
|---|---|
| | **GENERAL FORMS** |
| FAIC-SKLBUS-CPD | COMMON POLICY DECLARATIONS |
| 05 ML0002 00 11 02 | SIGNATURE PAGE |
| FAIC-SKLBUS-FE | SCHEDULE OF FORMS AND ENDORSEMENTS |
| FAIC-SKLBUS-SNI | SCHEDULE OF NAMED INSURED(S) |
| FAIC-SKLBUS-SL | SCHEDULE OF LOCATIONS |
| INSTALL-FORM | INSTALLMENT SCHEDULE |
| IL 00 17 11 98 | COMMON POLICY CONDITIONS |
| | **MANDATORY FORMS** |
| IL 00 23 04 98 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (Broad Form) |
| IL 02 68 02 05 | NEW YORK CHANGES - CANCELLATION AND NONRENEWAL |
| CG 01 04 12 01 | NEW YORK CHANGES - PREMIUM AUDIT |
| CG 01 63 09 99 | NEW YORK CHANGES COMMERCIAL GENERAL LIABILITY COVERAGE FORM (As required) |
| CG 26 21 10 91 | NEW YORK CHANGES - TRANSFER OF DUTIES WHEN A LIMIT OF INSURANCE IS USED UP |
| IL 00 03 07 02 | CALCULATION OF PREMIUM |
| IL 09 85 01 03 | DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT OF 2002 |
| 00 ML0027 00 01 05 | TERRORISM COVERAGE DISCLOSURE NOTICE - Terrorism Coverage Provided Under This Policy |
| | **ELECTIVE FORMS** |
| 00 ML 0020 00 11 03 | KNOWLEDGE OF OCCURRENCE ENDORSEMENT ( Name: "Robert Joyce, Tishman Risk Management or Tishman Project Executive." ) |
| 00 ML 0021 00 11 03 | UNINTENTIONAL ERRORS AND OMISSIONS ENDORSEMENT |
| 00 ML 0039 00 04 04 | PREMIUM COMPUTATION ENDORSEMENT |

FAIC-SKLBUS-E   NAMED INSURED ENDORSEMENT It is hereby agreed that Item 1. of the Declarations is amended to include the following entities as a Named Insured:

1. The Named Insured is hereby amended to include:
   a. Tishman Construction Corporation of New York (as sponsor),
   b. YRL Associates L.P.,
   c. Rooney Associates,
   d. Yonkers Racing Corporation,
   e. City of Yonkers Industrial Development Agency, and
2. All contractors, all tiers of contractors, each separate contractor of sponsor, or others to whom sponsor contracts to furnish insurance under the Contractor Controlled Insurance Program for this project.
3. Excluding vendors, suppliers, material dealers, truckers, haulers and others who transport, pick-up, deliver or carry materials, personnel, parts or equipment or any other items or persons to or from the project site.
4. Any other entities not accepted into the Contractor Controlled Insurance Program for this Project.

| Form | Description |
|---|---|
| FAIC-SKLBUS-E | ASSIGNMENT CONSENT ENDORSEMENT ( Per Arch Language ) |
| FAIC-SKLBUS-E | ADDITIONAL DEFINITIONS ENDORSEMENT ( As Needed and as mutually agreeable: Applicable to Off-site locations for staging, project management, or other incidental operations require prior approval by carrier. ) |
| FAIC-SKLBUS-E | CANCELLATION PROVISION ENDORSEMENT ( 90 days; 10 Days Nonpayment; 30 Days Noncompliance ) |

**COVERAGE FORMS AND MODIFICATIONS**

| Form | Description |
|---|---|
| FAIC-SKLBUS-CGLDE | COMMERCIAL GENERAL LIABILITY COVERAGE SUPPLEMENTAL DECLARATIONS |
| CG 00 01 12 04 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG 00 67 03 05 | EXCLUSION - VIOLATION OF STATUTES THAT GOVERN E-MAILS, FAX, PHONE CALLS OR OTHER METHODS OF SENDING MATERIAL OR INFORMATION |
| CG 21 44 07 98 | LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECTS ( Designated Project: "The Empire City Casino at Yonkers Raceway, Tishman Project Number C-0199, located at 810 Central Avenue, Yonkers, New York, 10704; as further defined by the Site Plan Map on file with the Company.") |
| CG 24 04 10 93 | WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US ( "Any person or organization for whom the Named Insured has agreed by written contract to furnish this waiver." ) |
| 00 ML 0022 00 11 03 | ADDITIONAL INSURED - AUTOMATIC STATUS WHEN REQUIRED IN CONSTRUCTION AGREEMENT WITH YOU - COMPLETED OPERATIONS - PRIMARY AND NON-CONTRIBUTORY ENDORSEMENT - DESIGNATED LOCATIONS ( Location(s): The Empire City Casino at Yonkers Raceway Project, Tishman Project Number C-0199, located at 810 Central Avenue, Yonkers, New York, 10704; and applicable for accepted contractors only under the Contractor Controlled Insurance Program for this project." ) |
| 00 GL 0035 00 09 03 | FELLOW EMPLOYEE ENDORSEMENT - SUPERVISOR AND ABOVE |
| 00 GL 00 42 00 09 03 | NON-OWNED WATERCRAFT ENDORSEMENT (75 foot limitation) |
| 00 ML0207 00 10 03 | PRODUCTS-COMPLETED OPERATIONS HAZARD EXTENSION PERIOD ENDORSEMENT ( Extension Period: "For 60 months, from April 1, 2007 to April 1, 2012." ) |

**DEDUCTIBLE FORM (Or State Specific Form)**

| Form | Description |
|---|---|
| 00CGL0031 00 11 02 | DEDUCTIBLE LIABILITY COVERAGE (Allocated Loss Adjustment Expenses Within Deductible Paid by You) |

**EXCLUSIONS**

| Form | Description |
|---|---|
| CG 00 62 12 02 | WAR LIABILITY EXCLUSION |
| CG 21 47 07 98 | EMPLOYMENT- RELATED PRACTICES EXCLUSION |
| CG 21 53 01 96 | DESIGNATED ONGOING OPERATIONS EXCLUSION ( Description of Operations: "All operations of the Project Owner, with exception to their capacity as Project Owner, Named Insured, or Additional Insured as respects construction operations insured by this policy." Specified Location: "The Empire City Casino at Yonkers Raceway, Tishman Project Number C-0199," ) |
| CG 21 67 04 02 | FUNGI OR BACTERIA EXCLUSION |
| CG 21 65 09 99 | TOTAL POLLUTION EXCLUSION WITH A BUILDING HEATING EQUIPMENT EXCEPTION AND A HOSTILE FIRE EXCEPTION |
| CG 21 70 11 02 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM ( Or State Specific - Accepted ) |
| CG 21 89 05 04 | CONDITIONAL LIMITATION OF COVERAGE FOR TERRORISM ON AN ANNUAL AGGREGATE BASIS (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT OF 2002) ( As Applicable ) |
| CG 21 96 03 05 | SILICA OR SILICA RELATED DUST EXCLUSION |
| CG 22 74 10 01 | LIMITED CONTRACTUAL LIABILITY COVERAGE FOR PERSONAL AND ADVERTISING INJURY ( "Any person or organization for whom the Named Insured has agreed by written contract to assume such liability." ) |
| CG 22 79 07 98 | EXCLUSION - CONTRACTORS - PROFESSIONAL LIABILITY (means and methods exception) |
| 00 GL 0045 00 12 03 | ASBESTOS EXCLUSION |
| 00 GL 0173 00 04 04 | LEAD CONTAMINATION EXCLUSION |

# TERRORISM COVERAGE DISCLOSURE NOTICE

### TERRORISM COVERAGE PROVIDED UNDER THIS POLICY

The Terrorism Risk Insurance Act of 2002 established a program within the Department of the Treasury, under which the federal government shares, with the insurance industry, the risk of loss from future terrorist attacks. The Act applies when the Secretary of the Treasury certifies that an event meets the definition of an act of terrorism. The Act provides that, to be certified, an act of terrorism must cause losses of at least five million dollars and must have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest to coerce the government or population of the United States.

In accordance with the Terrorism Risk Insurance Act of 2002, we are required to offer you coverage for losses resulting from an act of terrorism that is certified under the federal program as an act of terrorism committed by an individual(s) acting on behalf of a foreign person or foreign interest. The policy's other provisions will still apply to such an act. Your decision is needed on this question: do you choose to pay the premium for terrorism coverage stated in this offer of coverage, or do you reject the offer of coverage and not pay the premium? You may accept or reject this offer.

If your policy provides commercial property coverage, in certain states, statutes or regulations may require coverage for fire following an act of terrorism. In those states, if "terrorism" results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements that apply to those coverage forms, or to Legal Liability coverage forms or Leasehold Interest coverage forms.

Your premium will include the additional premium for terrorism as stated in the section of this Notice titled DISCLOSURE OF PREMIUM.

### DISCLOSURE OF FEDERAL PARTICIPATION IN PAYMENT OF TERRORISM LOSSES

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals 90% of that portion of the amount of such insured losses that exceeds the applicable insurer retention.

### DISCLOSURE OF PREMIUM

Your premium for terrorism coverage is:    $22,500 For General Liability
(This charge/amount is applied to obtain the final premium.)

You may choose to reject the offer by signing the statement below and returning it to us. Your policy will be changed to exclude the described coverage. If you chose to accept this offer, this form does not have to be returned.

### REJECTION STATEMENT

I hereby decline to purchase coverage for certified acts of terrorism. I understand that an exclusion of certain terrorism losses will be made part of this policy.

_____
Policyholder/Legal Representative/Applicant's Signature

Tishman Construction Corporation of New York
Named Insured

_____
Print Name of Policyholder/Legal Representative/Applicant

Arch Insurance Co.
Insurance Company

Date:
_____

Policy Number:    11GPP2056800

00 ML0027 00 01 05

Page 1 of 1

## Authorization to Bind Coverage

Please sign and acknowledge your agreement to the aforementioned terms and conditions. Return a copy to my attention at your earliest convenience.

Acknowledged:

*James Schuette*
Carrier Signature

*September 16, 2005*
Dated

_____
Broker Signature

_____
Dated