UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
YONKERS RACING CORPORATION,          Case No.: 07 CIV. 6200
a New York Corporation,

                    Plaintiff,          **Rule 7.1 Statement**
   v.

ARCH INSURANCE COMPANY,
a Missouri Corporation,

                    Defendant
----------------------------------------------------------X

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Yonkers Racing Corporation (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: White Plains, New York
       July 10, 2007

                                          BLEAKLEY PLATT & SCHMIDT, LLP

                        By: _____
                                          Vincent W. Crowe
                                          Attorneys for Defendant
                                          Yonkers Racing Corporation
                                          One North Lexington Avenue
                                          P.O. Box 5056
                                          White Plains, New York 10602-5056
                                          (914) 949-2700