THE UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

YONKERS RACING CORPORATION, a New York Corporation,

                Plaintiff,

   -against-

ARCH INSURANCE COMPANY, a Missouri Corporation,

                Defendant.

------------------------------------X

**DISCLOSURE OF INTERESTED PARTIES**

*Civil Action No.*
07CIV6200

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held.

    NONE

Dated: New York, New York
       July 18, 2007

SMITH MAZURE DIRECTOR WILKINS
YOUNG & YAGERMAN, P.C.

By: _____
JOEL M. SIMON (JMS-1077)
For the Firm
Attorneys for Defendant
Arch Insurance Company, a Missouri Corporation
111 John Street, 20th Floor
New York, NY 10038-3198
(212) 964-7400
Our File No. ARCH-00329/JMS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Disclosure of Interested Parties was mailed by via First Class Mail this 19th day of July, 2007, 199 to all counsel of record as indicated below.

_____
JOEL M. SIMON (#1077)

TO:
BLEAKEY, PLATT, SCHMITT, ESQS.
Attorney for Plaintiff
Yonkers Racing Corporation
1 North Lexington Avenue
White Plains, NY 10601-1700
(914) 287-6147
File: Please Advise

Civil Action No. 07CIV6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YONKERS RACING CORPORATION, a New York Corporation,

                                                                                                 Plaintiff,

-against-

ARCH INSURANCE COMPANY, a Missouri Corporation,

                                                                                                  Defendant.

------------------------------X

### DISCLOSURE OF INTERESTED PARTIES

SMITH MAZURE DIRECTOR WILKINS
YOUNG & YAGERMAN, P.C.
Attorneys for Defendant
Arch Insurance Company, a Missouri
Corporation
111 John Street, 20th Floor
New York, NY 10038-3198
(212) 964-7400
ARCH-00329/JMS

### CERTIFICATION PURSUANT TO 22 N.Y.C.R.R. §130-1.1a

      hereby certifies that, pursuant to 22 N.Y.C.R.R. §130-1.1a, the foregoing is not frivolous nor frivolously presented.

Dated:      New York, New York

**PLEASE TAKE NOTICE**

☐    that the within is a true copy of a      entered in the office of the clerk of the within named Court on    .

☐    that a      of which the within is a true copy will be presented for settlement to the Hon. one of the judges of the within named Court at    , on at 9:30 a.m.

SMITH MAZURE DIRECTOR WILKINS YOUNG &
YAGERMAN, P.C.
Attorneys for Defendant
Arch Insurance Company, a Missouri Corporation
111 John Street, 20th Floor
New York, NY 10038-3198
(212) 964-7400
Our File No. ARCH-00329/JMS

JMS/dln