UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

------------------------------------------------------------X

YONKERS RACING CORPORATION,
a New York Corporation,

                            Plaintiff,

v.

ARCH INSURANCE COMPANY,
a Missouri Corporation,

                            Defendant

------------------------------------------------------------X

Case No.: 07 CIV. 6200 (wcc)

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

**ECF CASE**

      Upon the motion of VINCENT W. CROWE, attorney for Yonkers Racing Corporation and said sponsor attorney's affidavit in support:

| | |
|---|---|
| Applicants' Name: | STEPHEN ROSENFELD, ESQ. and DANIEL O'LEARY, ESQ. |
| Firm Name: | Mandell Menkes, LLC |
| Address: | 333 West Wacker Drive |
| City/State/Zip: | Chicago, Illinois 60611 |
| Phone Number: | 312 251-1000 |
| Fax Number: | 312 251-1010 |

are admitted to practice pro hac vice as counsel for Yonkers Racing Corporation in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

E-
COPIES MAILED TO COUNSEL OF RECORD
+ MAILED TO NEWLY ADMITTED COUNSEL

(ECF) system, counsel shall immediately apply for ECF password at nysd.uscourts.gov. ~~Counsel~~ Counsel ~~shall~~ has forwarded the pro hac vice fee to the Clerk of the Court.

Dated: White Plains, New York
       August 29, 2007

                                                    _/s/ William C. Conner_
                                                    HON. WILLIAM CONNER, U.S.D.J.